1  Kent Khtikian, Esq. (#99843)
2  Conor D. Mack, Esq. (#253878)
   Katzenbach and Khtikian
3  1714 Stockton Street, Suite 300
   San Francisco, California  94133-2930
4  Telephone: (415) 834-1778
   Facsimile: (415) 834-1842
5
6  Attorneys for Plaintiffs
7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11

12  TRUTEES OF THE BRICKLAYERS LOCAL    ) CASE NO.  CV 10-4055 SBA
    NO. 3 PENSION TRUST; TRUSTEES OF THE )
13  LOCAL NO. 7 PENSION TRUST; TRUSTEES )
    OF THE BRICKLAYERS LOCAL NO. 3       )
14  HEALTH AND WELFARE TRUST; TRUSTEES ) [proposed] ORDER OF DISMISSAL
15  OF THE BRICKLAYERS AND ALLIED        )
    CRAFTS LOCAL NO. 3 APPRENTICE        )
16  TRAINING TRUST; INTERNATIONAL UNION )
    OF BRICKLAYERS AND ALLIED            )
17  CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, )
18  on behalf of itself and as agent for its members; )
    TRUSTEES OF THE INTERNATIONAL UNION )
19  OF BRICKLAYERS AND ALLIED            )
    CRAFTSMEN PENSION FUND,              )
20                                       )
21          Plaintiffs,                  )
                                         )
22  vs.                                  )
                                         )
23                                       )
    PREFERRED WATERPROOFING, INC., a     )
24  California corporation; and          )
    PLATTE RIVER INSURANCE COMPANY, a    )
25  Nebraska corporation,                )
                                         )
26          Defendants.                  )
27                                       )
    _____)
28

                            1
    [proposed] ORDER GRANTING REQUEST FOR DISMISSAL OF PLATTE RIVER
                       INSURANCE COMPANY
                     CASE NO: 10-4055 SBA

Plaintiffs, by and through their attorneys of record, Katzenbach and Khtikian, have requested the dismissal, with prejudice, of defendant PLATTE RIVER INSURANCE COMPANY, only, from this action.

As PLATTE RIVER INSURANCE COMPANY has made no appearance in this matter, Plaintiffs' request is GRANTED. PLATTE RIVER INSURANCE COMPANY is hereby dismissed from the action with prejudice.

IT IS SO ORDERED.

Dated:_1/12/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge